RECORD OF GRAND JURY BALLOT

C/ 2:25cr369

THE UNITED STATES OF AMERICA v. ROSE EMILY LORENZO and MICHELLE STENT-HILTON

(SEALED UNTIL FURTHER ORDER OF THE COURT)

RECEIVED

FEB 25 2025

FLORENCE, S.C.