IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No.:  2:25-cr-369 |
| **vs.** ) | |
| ) | ORDER GRANTING |
| ) | MOTION TO UNSEAL |
| **ROSE EMILY LORENZO** ) | |
| **MICHELL STENT-HILTON** ) | |

ORDER GRANTING MOTION TO UNSEAL

This matter came before the Court on motion of the Government for a motion to unseal the

Indictment in this case as to Rose Emily Lorenzo and Michelle Stent-Hilton.

Having reviewed the Government's Motion to Unseal and for the reasons mentioned in

said motion,

IT IS THEREFORE ORDERED that the above-captioned case is hereby unsealed as to.

IT IS SO ORDERED.

_____
THE HONORABLE MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

February 26, 2025
Charleston, South Carolina