# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

Michelle Stent-Hilton

CASE NO.   2:25-cr-369

## PLEA

The Defendant, _____Michelle Stent-Hilton_____, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)      Defendant

3/11/25
Charleston, South Carolina