UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

Rose Emily Lorenzo

CASE NO. 2:25-cr-369

## PLEA

The Defendant, ___Rose Emily Lorenzo___, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

03/11/2025
Charleston, South Carolina