UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.:  2:25-cr-00369-RMG-2 |
| | ) |
| | ) MOTION FOR DISCLOSURE OF INTENT |
| vs. | ) TO USE EVIDENCE OF OTHER CRIMES, |
| | ) FEDERAL RULE OF EVIDENCE 404(b) |
| MICHELLE STENT-HILTON | ) |

The Defendant by and through her undersigned attorney, hereby moves the Court, pursuant to Federal Rule of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose.  In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

Respectfully submitted,

*/s/ Brendan M. Daniels*
Brendan M. Daniels, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29401
Attorney ID# 14286

April 7, 2025