UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.:  2:25-cr-00369-RMG-2 |
| | ) | |
| -vs- | ) | <u>EDWARDS</u> NOTICE |
| | ) | |
| MICHELLE STENT-HILTON | ) | |

The Defendant hereby asserts her Fifth Amendment right to remain silent and asserts her Sixth Amendment right to counsel. The Defendant does not wish to be questioned in the absence of counsel pursuant to *McNeil v. Wisconsin,* 111 S.Ct. 220 (1991) and *Edwards v. Arizona,* 451 U.S. 477 (1981).

Respectfully submitted,

*/s/ Brendan M. Daniels*
Brendan M. Daniels, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29401
Attorney ID #14286

April 7, 2025